BETTY BOWMAN, Respondent, *v.* GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.

Argued January 10, 1955; decided February 24, 1955.

*Arthur VD. Chamberlain* for appellant.

*John J. Nicit* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.